## AFFIDAVIT OF SPECIAL PROCESS SERVER

### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS
### CASE NO.: 1:10-CV-10969-NMG

7187

__Melissa Henke__, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Altaira, LLC c/o Blaise Labriola** at **2475 Sunny Knoll Ct., Park City, UT 84060** resulting in:

__✓__ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on

the __21__ day of __June__, 2010 at __1005__ A.M.

Name: __Carolina Kral__    Title: __authorized employee__

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: __Female__          Hair Color/Style: __brown__
Race: __Caucasian__      Height (approx.): __5'2"__
Age (approx.) __38__     Weight (approx.): __130__
Notable Features/Notes: _____

Signed and Sworn to before me                Served By:
This __22__ day of __June__, 2010.

__[signature]__                              __Melissa Henke__
Notary Public                                __Process Server__
                                             Title

Wendy Stowers
Notary Public • State of Utah
5258 Pinemont Dr. #210
Murray, UT 84123
COMM. EXP. 01/12/2011

Service was completed by an independent contractor retained by It's Your Serve, Inc.