IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RISKTIMETRY ANALYTICS, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALTAIRA, LLC, LINEDATA SERVICES, ) <br> INC. and LINEDATA SERVICES S.A. ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO.: 10-cv-10969-NMG |

### DEFENDANT ALTAIRA, LLC'S *ASSENTED TO* MOTION TO EXTEND TIME BY THIRTY DAYS TO FILE A RESPONSIVE PLEADING

NOW COMES the defendant, Altaira, LLC, and respectfully moves this Honorable Court for an extension of time to file a responsive pleading to plaintiff's complaint until August 12, 2010. As grounds for the same, the defendant states as follows:

1. **The plaintiff assents to this motion.** The other defendants, Linedata Services, Inc, and Linedata Services, S.A., have not yet filed a responsive pleading or appearance in this matter.

2. Undersigned counsel for defendant Altaira, LLC was retained as counsel for this action on July 6, 2010, and have filed their appearances contemporaneous with this motion.

3. Defendant's counsel has not yet had the opportunity to review the defendant's file, to review and assess the plaintiff's allegations, and determine a strategy regarding the filing of a responsive pleading.

4. This is a complex copyright action with subject matter concerning computer software for use in financial markets.

5. The defendant will suffer substantial prejudice if their chosen counsel are not provided additional time to appropriately address the allegations in the plaintiff's complaint.

6. As Linedata Services, Inc and Linedata Services S.A. have not been served, no party will be prejudiced by the requested extension.

WHEREFORE, the defendant, Altaira, LLC respectfully moves this Honorable Court for an extension of time to file a responsive pleading until **August 12, 2010**.

1282596v1

| | |
|---|---|
| Respectfully Submitted, | Assented to, |
| The Defendant,<br>ALTAIRA, LLC | The Plaintiff,<br>RISKTIMETRY ANALYTICS, LLC |
| By its Attorneys, | By its Attorney, |
| MORRISON MAHONEY LLP | SAUNDERS & SILVERSTEIN LLP |
| /s/ Charles A. Cook<br>Charles A. Cook, BBO # 097580<br>ccook@morrisonmahoney.com<br>Mark R. Segalini, BBO # 450780<br>msegalini@morrisonmahoney.com<br>Douglas L Price, BBO # 660416<br>dprice@morrisonmahoney.com<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 | /s/ Aaron Silverstein<br>Aaron Silverstein, BBO # 660716<br>asilverstein@massiplaw.com<br>14 Cedar Street, Suite 224<br>Amesbury, MA 01913<br>(978) 463-9100 |

Dated: July 8, 2010

1282596v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 8, 2010.

/s/ *Charles A. Cook*
Charles A. Cook